# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company) |
| Defendant 2 | AGC CHEMICALS AMERICAS, INC. |
| Defendant 3 | ALLSTAR FIRE EQUIPMENT |
| Defendant 4 | AMEREX CORPORATION |
| Defendant 5 | ARCHROMA U.S., INC. |
| Defendant 6 | ARKEMA INC. |
| Defendant 7 | BASF CORPORATION, individually and as successor in interest to Ciba, Inc. |
| Defendant 8 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 9 | CARRIER GLOBAL CORPORATION |
| Defendant 10 | CB GARMENT, INC. |
| Defendant 11 | CHEMDESIGN PRODUCTS INC. |
| Defendant 12 | CHEMGUARD INC. |
| Defendant 13 | CHEMICALS INCORPORATED |
| Defendant 14 | CHEMOURS COMPANY FC, LLC |
| Defendant 15 | CHUBB FIRE LTD. |
| Defendant 16 | CLARIANT CORPORATION |
| Defendant 17 | CORTEVA, INC. |
| Defendant 18 | DAIKIN AMERICA, INC. |
| Defendant 19 | DEEPWATER CHEMICALS INC. |
| Defendant 20 | DUPONT DE NEMOURS, INC. (f/k/a DOWDUPONT INC.) |
| Defendant 21 | DYNAX CORPORATION |
| Defendant 22 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 23 | FIRE-DEX, LLC |
| Defendant 24 | FIRE SERVICE PLUS, INC. |
| Defendant 25 | GLOBE MANUFACTURING COMPANY LLC |
| Defendant 26 | HONEYWELL SAFETY PRODUCTS USA, INC. |
| Defendant 27 | INNOTEX CORP. |

| | |
|---|---|
| Defendant 28 | JOHNSON CONTROLS, INC. |
| Defendant 29 | KIDDE PLC, INC. |
| Defendant 30 | L.N. CURTIS & SONS |
| Defendant 31 | LION GROUP, INC. |
| Defendant 32 | MALLORY SAFETY AND SUPPLY LLC |
| Defendant 33 | MILLIKEN & COMPANY |
| Defendant 34 | MINE SAFETY APPLIANCES COMPANY, LLC |
| Defendant 35 | MUNICIPAL EMERGENCY SERVICES, INC |
| Defendant 36 | NATION FORD CHEMICAL COMPANY |
| Defendant 37 | NATIONAL FOAM, INC. |
| Defendant 38 | PBI PERFORMANCE PRODUCTS, INC. |
| Defendant 39 | PERIMETER SOLUTIONS, LP |
| Defendant 40 | RAYTHEON TECHNOLOGIES CORPORATION |
| Defendant 41 | RICOCHET MANUFACTURING COMPANY, INC |
| Defendant 42 | SAFETY COMPONENTS FABRIC TECHNOLOGIES, INC |
| Defendant 43 | SOUTHERN MILLS INC |
| Defendant 44 | STEDFAST USA INC. |
| Defendant 45 | THE CHEMOURS COMPANY |
| Defendant 46 | TYCO FIRE PRODUCTS LP, as successor-in-interest to The Ansul Company |
| Defendant 47 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 48 | UTC FIRE & SECURITY AMERICAS CORP., INC. (f/k/a GE Interlogix, Inc.) |
| Defendant 49 | VERIDIAN LIMITED |
| Defendant 50 | W.L. GORE & ASSOCIATES INC. |
| Defendant 51 | WITMER PUBLIC SAFETY GROUP, INC. |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on: **Diversity** and **The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)**

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

    - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiffs Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

    Count I — Defective Design
    Count II — Failure to Warn
    Count III — Negligence
    Count IV — Negligence Per Se
    Count V — Trespass and Battery
    Count VI — Strict Product Liability
    Count VII — Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
    Count VIII — Concealment, Misrepresentation, and Fraud
    Count IX — Conspiracy
    Count X — Wrongful Death
    Count XI — Loss of Consortium

    Other Causes of Action:
    Count XII — __Wantonness__
    Count XIII — __Breach of Express and Implied Warranties__
    Count XIV — _____
    Count XV — _____
    Count XVI — _____
    Count XVII — _____
    Count XVIII — _____
    Count XIX — _____
    Count XX — _____

        Others
_____
_____
_____

### Jury Demand

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: Sept. 3, 2025

        Respectfully Submitted,

        **Marc J. Bern & Partners, LLP**

        By: /s/ *Joseph Y. Shenkar*
        Joseph Y. Shenkar (Federal Bar # 10861)
        Marc J. Bern & Partners, LLP
        101 West Elm St., Suite 520
        Conshohocken, PA 19428
        Phone: (803) 315-3357
        Email: jshenkar@bernllp.com
        Fax: (610) 941-9880

        **ATTORNEY FOR PLAINTIFF**

**Exhibit A to Short Form Complaint in re: Aqueous Film-Forming Foams Products Liability Litigation MDL2873**[1]

| P's Number | Plaintiff Name (if injured party is deceased or Incapacitated, style as "PlaintiffName o/b/o Injured/deceased Part Plaintiff Name") | DOB (of injured party) | State of Residence | Zip Code | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer, and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Adams, Bill | 1965-01-28 | FL | 34711 | Middle District of Florida | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 2 | Alexander, Lowell | 1989-07-15 | TX | 75115 | Northern District of Texas | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 3 | Alexander, Shannon | 1966-01-11 | AZ | 85120 | District of Arizona | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 4 | Almeida, Christian | 1980-01-31 | CA | 91352 | Central District of California | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 5 | Bailey, Andrew | 1969-09-24 | MT | 59639 | District of Montana | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 6 | Bailey, Michelle M | Unknown | MT | 59640 | District of Montana | N/A | N/A | N/A | N/A | Count: XI |
| 7 | Belgrave, Nicholas | 1987-11-25 | MO | 64086 | Western District of Missouri | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 8 | Blackburn, Walter | 1949-08-08 | KS | 67432 | District of Kansas | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 9 | Bowlick, Christopher | 1994-05-18 | GA | 30143 | Northern District of Georgia | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 10 | Boyer, Ralph | 1989-03-27 | NC | 27406 | Middle District of North Carolina | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 11 | Branch, Naeem | 1981-04-18 | NC | 27606 | Eastern District of North Carolina | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 12 | Bryan, Michael | 1947-02-05 | TX | 75041 | Northern District of Texas | Yes | No | Yes | Liver Cancer, High Cholesterol, Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 13 | Buckley, Paul | 1948-07-13 | TX | 76063 | Northern District of Texas | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 14 | Butts, Raymond | 1963-05-22 | AL | 36613 | Southern District of Alabama | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 15 | Cabrera, Ramiro | 1970-12-05 | TX | 78210 | Western District of Texas | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 16 | Caldwell, Kelvin | 1979-11-17 | MS | 39429 | Eastern District of Virginia | Yes | No | Yes | Liver Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 17 | Carter, Charles M | 1999-05-18 | NC | 27519 | Eastern District of North Carolina | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 18 | Cawthon, Kenneth | 1985-03-08 | IN | 46342 | Northern District of Indiana | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 19 | Ciceron, Nesly | 1983-08-19 | FL | 32808 | Middle District of Florida | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 20 | Coleman, Comas | 1981-08-07 | DC | 20001 | District of Columbia | Yes | No | Yes | Liver Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 21 | Coleman, Tiris | 1979-03-03 | NV | 89031 | District of Nevada | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 22 | Collette, Bradley | 1980-01-26 | MA | 2191 | District of Massachusetts | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 23 | Collins, Demetrius | 1975-01-19 | GA | 30311 | Northern District of Georgia | Yes | No | Yes | Liver Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 24 | Conahan, Richard | 1963-08-20 | VA | 22603 | Western District of Virginia | Yes | No | Yes | Liver Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 25 | Cooks, Donald | 1953-09-26 | MI | 48223 | Eastern District of Michigan | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 26 | Crist, Blake | 1982-07-01 | MA | 02670 | District of Massachusetts | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 27 | Crist, Elizabeth | Unknown | MA | 02670 | District of Massachusetts | N/A | N/A | N/A | N/A | Count: XI |
| 28 | Culp, David | 1958-11-18 | PA | 17042 | Middle District of Pennsylvania | Yes | No | Yes | Thyroid cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 29 | Culp, Cynthia M | Unknown | PA | 17042 | Middle District of Pennsylvania | N/A | N/A | N/A | N/A | Count: XI |
| 30 | Daniels, Terrell | 1979-10-07 | CA | 94541 | Northern District of California | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 31 | Davis, Joy | 1968-08-28 | TN | 37076 | Middle District of Tennessee | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 32 | Dent, Jarrod | 1974-06-08 | NV | 89121 |  | Yes | No | Yes | Liver Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 33 | Dickerson, Daniel | 1956-12-19 | TX | 77707 | Eastern District of Texas | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 34 | Edwards, Charles | 1967-05-13 | TX | 77447 | Southern District of Texas | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 35 | Elzea, Michael | 1960-02-15 | NV | 89512 | District of Nevada | Yes | No | Yes | Liver Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 36 | Fagan, Terry | 1961-02-28 | TN | 37040 | Middle District of Tennessee | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 37 | Ferguson Jr, Don H | 1956-05-28 | NJ | 8080 | District of New Jersey | Yes | No | Yes | Testicular Cancer, High Cholesterol | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 38 | Ferguson, Adam | 1978-02-04 | OR | 97405 | District of Oregon | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 39 | Ferguson, Mrs. Adam | Unknown | OR | 97405 | District of Oregon | N/A | N/A | N/A | N/A | Count: XI |
| 40 | Fieldman, Saul | 1961-07-25 | CO | 80216 | District of Colorado | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 41 | Strader, Valery | Unknown | CO | 80216 | District of Colorado | N/A | N/A | N/A | N/A | Count: XI |
| 42 | Fletchel, Kenneth | 1969-07-23 | GA | 30134 | Northern District of Georgia | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 43 | Fogle, Daquan | 1996-05-02 | SC | 29223 | District of South Carolina | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 44 | Fox, Erik | 1968-12-18 | IA | 50703 | Northern District of Iowa | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 45 | Frankling, Eddie | 1983-04-30 | CA | 90047 | Central District of California | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 46 | Fuller, Taraton | 1982-09-05 | AL | 36867 | Middle District of Alabama | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 47 | Fuller, Mrs. Taraton | Unknown | AL | 36867 | Middle District of Alabama | N/A | N/A | N/A | N/A | Count: XI |
| 48 | Giannis, Socrates | 1975-01-27 | CA | 95476 | Northern District of California | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |

1. Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
2. No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 49 | Gibbs, Thomas | 1965-02-15 | NC | 28311 | Eastern District of North Carolina | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 50 | Givens, Ronnie | 1958-08-22 | TN | 37206 | Middle District of Tennessee | Yes | No | Yes | Liver Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XIII |
| 51 | Gorman, Richard | 1977-06-27 | OR | 97301 | District of Oregon | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 52 | Guererri Sr, Frank Michael | 1956-04-09 | NY | 14456 | Western District of New York | Yes | No | Yes | Liver Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 53 | Guise, Matthew | 1967-08-24 | PA | 17815 | Middle District of Pennsylvania | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 54 | Hamilton, Garry R | 1960-05-15 | FL | 32221 | Middle District of Florida | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 55 | Hamilton, Jannette Renee | Unknown | FL | 32221 | Middle District of Florida | N/A | N/A | N/A | N/A | Count: XI |
| 56 | Hardy, Destin | 1993-09-06 | NV | 89032 | District of Nevada | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 57 | Harness, Christopher | 1978-04-20 | TX | 77306 | Southern District of Texas | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 58 | Harrison, JaWonn | 1986-08-03 | NV | 89142 | District of Nevada | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 59 | Hatcher, Daniel | 1970-06-28 | NV | 89115 | District of Nevada | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 60 | Hatter, Terrence | 1966-06-12 | CA | 94603 | Northern District of California | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 61 | Hatter, Mrs. Terrence | Unknown | CA | 94603 | Northern District of California | N/A | N/A | N/A | N/A | Count: XI |
| 62 | Hawkins, Byron | 1968-09-09 | TX | 78250 | Western District of Texas | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 63 | Helfrick, David Wayne | 1961-06-29 | PA | 15204 | Western District of Pennsylvania | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 64 | Gunter, Brenda | Unknown | PA | 15204 | Western District of Pennsylvania | N/A | N/A | N/A | N/A | Count: XI |
| 65 | Heskett, Donald | 1974-08-19 | ID | 83651 | District of Idaho | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 66 | Heskett, Maryellen Louse | Unknown | ID | 83651 | District of Idaho | N/A | N/A | N/A | N/A | Count: XI |
| 67 | Hewett, Jeffrey L | 1965-05-11 | FL | 33566 | Middle District of Florida | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 68 | Hewett, Mary Lou | Unknown | FL | 33566 | Middle District of Florida | N/A | N/A | N/A | N/A | Count: XI |
| 69 | Hill, Jamar | 1985-10-30 | AL | 36260 | Northern District of Alabama | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 70 | Hinnant, Alvin | 1982-11-10 | NC | 27805 | Eastern District of North Carolina | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 71 | Holley, Christopher | 1984-02-07 | MS | 39069 | Southern District of Mississippi | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 72 | Holmes, Ethel | 1974-02-01 | PA | 19141 | Eastern District of Pennsylvania | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 73 | Holmes, Mr. Ethel | Unknown | PA | 19141 | Eastern District of Pennsylvania | N/A | N/A | N/A | N/A | Count: XI |
| 74 | Holmes, Willie | 1950-08-03 | LA | 71343 | Western District of Louisiana | Yes | No | Yes | Liver Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 75 | Jackson, Andrea | 1967-10-13 | TX | 78114 | Western District of Texas | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 76 | Jackson, Arnet | 1953-05-23 | GA | 31701 | Middle District of Georgia | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 77 | Jackson, Rodney | 1975-01-04 | FL | 32837 | Middle District of Florida | Yes | No | Yes | Liver Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 78 | Jackson, Wilson | 1962-09-30 | VA | 22701 | Western District of Virginia | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 79 | Jobe, Kenneth | 1966-01-12 | TX | 75936 | Eastern District of Texas | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 80 | Jobe, Kelly | Unknown | TX | 75936 | Eastern District of Texas | N/A | N/A | N/A | N/A | Count: XI |
| 81 | Jones, Lonnie Dion | 1972-12-17 | PA | 19134 | Eastern District of Pennsylvania | Yes | No | Yes | Liver Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 82 | Joseph, Jean-Pierre | 1993-08-14 | FL | 32808 | Middle District of Florida | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 83 | Kidd, Micah | 1966-12-14 | OH | 45150 | Southern District of Ohio | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 84 | Kong, Billy | 1985-01-14 | CA | 93636 | Eastern District of California | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 85 | Kong, Nancy Phavong | Unknown | CA | 93636 | Eastern District of California | N/A | N/A | N/A | N/A | Count: XI |
| 86 | Koziczkowski, Joseph M | 1969-08-06 | WV | 25425 | Northern District of West Virginia | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 87 | Koziczkowski, Leslie | Unknown | WV | 25425 | Northern District of West Virginia | N/A | N/A | N/A | N/A | Count: XI |
| 88 | Lafever, Michael | 1953-05-21 | MA | 01056 | District of Massachusetts | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 89 | Laforest, Jesse | 1981-07-22 | ME | 4736 | District of Maine | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 90 | Leonard, Travis | 1976-10-26 | WA | 99353 | Eastern District of Washington | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 91 | Lester, Glenn | 1992-11-07 | NV | 89110 | District of Nevada | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 92 | Link, Thomas | 1957-09-14 | NY | 14580 | Western District of New York | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 93 | Link, Maria | Unknown | NY | 14580 | Western District of New York | N/A | N/A | N/A | N/A | Count: XI |
| 94 | Lybbert, Larry | 1964-07-28 | NM | 87301 | District of New Mexico | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 95 | Mann, Frank R | 1950-11-10 | FL | 32034 | Middle District of Florida | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 96 | Markel, Kelly | 1966-05-16 | IN | 47501 | Southern District of Indiana | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 97 | Martinez, Daniel | 1980-12-23 | NM | 87504 | District of New Mexico | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 98 | Taylor, Amanda | Unknown | NM | 87504 | District of New Mexico | N/A | N/A | N/A | N/A | Count: XI |
| 99 | Hakala, Matthew Dane | 1984-01-28 | GA | 30673 | Southern District of Georgia | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 100 | McNeely, Troy | 1966-02-23 | UT | 84314 | District of Utah | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 101 | McNulty, Jerome | 1977-08-04 | MA | 1603 | District of Massachusetts | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 102 | Mead, Bryan Ronald | 1964-07-13 | NY | 13856 | Northern District of New York | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 103 | Newsome, Craig | 1969-07-25 | FL | 34984 | Middle District of Florida | Yes | No | Yes | Thyroid cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 104 | Newsome, Mrs. Craig | Unknown | FL | 34984 | Middle District of Florida | N/A | N/A | N/A | N/A | Count: XI |
| 105 | Nicol, Jeff | 1965-03-01 | NM | 87124 | District of New Mexico | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 106 | Painter, Michael | 1976-08-26 | CA | 90005 | Central District of California | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 107 | Parrie, Ervin | 1953-02-17 | TX | 75487 | Eastern District of Texas | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 108 | Payne Jr, Robert | 1966-05-09 | SC | 29835 | District of South Carolina | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 109 | Payne, Magdalene | Unknown | SC | 29835 | District of South Carolina | N/A | N/A | N/A | N/A | Count: XI |
| 110 | Pearson, Latasha | 1982-08-22 | TX | 76711 | Western District of Texas | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 111 | Pechac, Tammy | 1970-09-06 | AZ | 85379 | District of Arizona | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 112 | Pitchers, Donald | 1962-02-10 | IN | 47715 | Southern District of Indiana | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 113 | Pool, Harold | 1952-07-18 | FL | 32565 | Northern District of Florida | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 114 | Powloka, John | 1960-04-08 | MA | 1104 | District of Massachusetts | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 115 | Prentiss, Scott | 1955-12-12 | CT | 6082 | District of Connecticut | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 116 | Prentiss, Nancy F. | Unknown | CT | 6082 | District of Connecticut | N/A | N/A | N/A | N/A | Count: XI |
| 117 | Pringle, Lawrence | 1972-01-27 | VA | 23702 | Eastern District of Virginia | Yes | No | Yes | Liver Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 118 | Rader, Larry | 1961-06-20 | KY | 42721 | Western District of Kentucky | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 119 | Razor, Randy | 1965-04-06 | MS | 39047 | Southern District of Mississippi | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 120 | Regis, Thomas | 1976-04-20 | OH | 43935 | Southern District of Ohio | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 121 | Rios, Ricardo | 1959-05-29 | FL | 33920 | Middle District of Florida | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 122 | Robinson, Steven Douglas | 1967-07-22 | VA | 23322 | Eastern District of Virginia | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 123 | Robinson, Patricia Mary | Unknown | VA | 23322 | Eastern District of Virginia | N/A | N/A | N/A | N/A | Count: XI |
| 124 | Salazar, Henry | 1971-06-04 | TX | 75154 | Northern District of Texas | Yes | No | Yes | Liver Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 125 | Salazar-Barager, Lari | Unknown | TX | 75154 | Northern District of Texas | N/A | N/A | N/A | N/A | Count: XI |
| 126 | Santiago Irizarry, Miguel | 1963-07-31 | FL | 33823 | Middle District of Florida | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 127 | Schneeweis, Ronnie | 1955-07-27 | CA | 92833 | Central District of California | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 128 | Scott, Tyrone | 1973-01-02 | TX | 77469 | Southern District of Texas | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 129 | Senter, Dianne | 1959-07-12 | MA | 2189 | District of Massachusetts | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 130 | Smith, Charles | 1991-09-06 | NV | 89032 | District of Nevada | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 131 | Smith, Jason | 1978-10-03 | GA | 30040 | Northern District of Georgia | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 132 | Smith, Ricky | 1992-12-25 | NV | 89110 | District of Nevada | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 133 | Stansfield, John L | 1965-12-17 | MD | 21050 | District of Maryland | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 134 | Stansfield, Amy | Unknown | MD | 21050 | District of Maryland | N/A | N/A | N/A | N/A | Count: XI |
| 135 | Stevens, Auttem | 1989-12-19 | MT | 59912 | District of Montana | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 136 | Stevens, Jacob | Unknown | MT | 59912 | District of Montana | N/A | N/A | N/A | N/A | Count: XI |
| 137 | Stillwell, James | 1995-09-13 | GA | 31735 | Middle District of Georgia | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 138 | Taylor, David Lynn | 1959-12-02 | TX | 76360 | Northern District of Texas | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 139 | Thomas, Frederick | 1969-06-08 | CA | 90746 | Central District of California | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 140 | Thompson Sr, Drake | 1978-09-24 | MS | 39643 | Southern District of Mississippi | Yes | No | Yes | Liver Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 141 | Thompson, Jammie | 1974-05-19 | GA | 30052 | Middle District of Georgia | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 142 | Thornton, John | 1964-08-04 | FL | 32536 | Northern District of Florida | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 143 | Thorton-Carter, Diana | Unknown | FL | 32536 | Northern District of Florida | N/A | N/A | N/A | N/A | Count: XI |
| 144 | Tillman, Freddrick | 1972-06-15 | CA | 92586 | Central District of California | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 145 | Tillman, Shay | Unknown | CA | 92586 | Central District of California | N/A | N/A | N/A | N/A | Count: XI |
| 146 | Tingle, Bobby | 1972-05-27 | OH | 45121 | Southern District of Ohio | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 147 | Toniatti, Jeffrey | 1976-01-06 | NY | 13601 | Northern District of New York | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 148 | Toniatti-Jang, SeoRyeong | Unknown | NY | 13601 | Northern District of New York | N/A | N/A | N/A | N/A | Count: XI |
| 149 | Turner, Michael | 1983-02-25 | NC | 27544 | Eastern District of North Carolina | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 150 | Weston, Keith | 1983-11-14 | DC | 20032 | District of Columbia | Yes | No | Yes | Liver Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |