AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Bill Adams, et al<br>*Plaintiff(s)*<br>v.<br>3M Company, The et al<br>*Defendant(s)* | Civil Action No. MDL 2873 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  3M Company f/k/a Minnesota Mining and Manufacturing Co.
Service via email: 3M_Service_AFFF_MDL@duffyandyoung.com
See attached list for additional defendants.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. MDL 2873

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Additional Defendants for Summons Pursuant to the Court's CMOs 6 (A-I)**

**3M Company (f/k/a Minnesota Mining and Manufacturing Company)**
Service via email: 3M_Service_AFFF_MDL@duffyandyoung.com

**AGC Chemicals Americas Inc. ("AGC")**
Service via email: agccaservice@crowell.com

**Allstar Fire Equipment**
Service via email: AFFF-AllstarFire-MDLService@grsm.com

**Amerex Corporation ("Amerex")**
Service via email: lkerrigan@kmcllaw.com
mtrevino@maynardnexsen.com

**Archroma U.S. Inc. ("Archroma")**
Service via email: robertjordan@parkerpoe.com;
steveweber@parkerpoe.com;
charlesraynal@parkerpoe.com;
janicestafford@parkerpoe.com;
peter.farrell@kirkland.com;
ArchromaUS_AFFFMDL_Service@kirkland.com

**Arkema, Inc. ("Arkema")**
Service via email: AFFFArkemaService@sidley.com

**BASF Corporation ("BASF")**
Service via email: BASF-AFFF-Service@dlapiper.com

**Buckeye Fire Equipment Company ("Buckeye")**
Service via mail: 110 Kings Road, Mountain, North Carolina 28086

**Carrier Global Corporation ("Carrier")**
Service via email: KiddeDefendantsAFFF@daypitney.com

**CB Garment, Inc.**
Service via email: crpfas@ycrlaw.com

**ChemDesign Products, Inc. ("ChemDesign")**
Service via email: jblakley@grsm.com
dmyoung@grsm.com

**Chemguard, Inc. ("Chemguard")**
Service via certified mail: One Stanton Street, Marinette, Wisconsin 54143

**Chemicals, Inc. ("Chemicals")**
Service via email: otwaddell@goldbergsegalla.com
jparker@goldbergsegalla.com

**Chemours Company FC., LLC ("Chemours FC")**
Service via email: DBDWERLKOTTE@shb.com
jhackman@shb.com
sdrum@shb.com

**Chubb Fire, LTD. ("Chubb")**
Service via email: Chubb_Service_AFFFMDL@bclplaw.com

**Clariant Corporation ("Clariant")**
Service via email: robertjordan@parkerpoe.com
steveweber@parkerpoe.com
charlesraynal@parkerpoe.com
janicestafford@parkerpoe.com

**Corteva, Inc. ("Corteva")**
Service via email: AFFFservice@bartlitbeck.com

**Daikin America, Inc. ("Daikin")**
Service via email: tgrossman@jonesday.com
reblake@jonesday.com

**Deepwater Chemicals, Inc. ("Deepwater")**
Service via email: Deepwater@wbd-us.com

**Du Pont de Nemours Inc. (f/k/a DowDuPont, Inc.) ("DowDuPont")**
Service via email: AFFFservice@bartlitbeck.com

**Dynax Corporation ("Dynax")**
Service via email: DynaxService@smithlaw.com

**E. I. du Pont de Nemours and Company ("DuPont")**
Service via email:  DBDWERLKOTTE@shb.com
jhackman@shb.com
sdrum@shb.com

**Fire-Dex, LLC**
Service via email: jgreenfelder@bdblaw.com
jferguson@fmglaw.com

**Fire Service Plus, Inc.**
Service via email: gbuermann@goldbergsegalla.com
jcbarb@fireade.com

**Globe Manufacturing Company, LLC**
Service via email: AFFF_MDL_Service@orrick.com

**Honeywell Safety Products USA, Inc. ("Honeywell")**
Service via email: HON-MDL2873-Pleadings@robinsonbradshaw.com
Elissa.preheim@arnoldporter.com

**Innotex Corp.**
Service via email: gbuermann@goldbergsegalla.com
tholmgren@goldbergsegalla.com
jparker@goldbergsegalla.com

**Johnson Controls, Inc.**
Service via certified mail: C T Corporation System 301 S. Bedford St. Suite 1, Madison, WI 53209-4408

**Kidde P.L.C., Inc. ("Kidde P.L.C.")**
Service via certified mail: One Carrier Place, Farmington, Connecticut 06034

**L.N. Curtis & Sons**
Service via email: AFFF-LNCurtis-MDLService@grsm.com

**Lion Group, Inc. ("Lion")**
Service via certified mail : c/o QI Services, Inc., Federal Reserve Building 4th Floor, 150 East Fourth Street, Cincinnati, OH 45202

**Mallory Safety and Supply LLC**
Service via email: cwheatley@grsm.com
mmehall@grsm.com
scoyne@grsm.com
Sarah.Sanford@mallory.com

**Milliken & Company**
Service via certified mail: The Corporation Trust Company, Corporation Trust Center 1209 Orange St. Wilmington, DE 19801

**Mine Safety Appliances Co., LLC. ("MSA")**
Service via email: AFFF_MDL_Service@huschblackwell.com

**Municipal Emergency Services, Inc. ("MES")**
Service via email: MES@wbd-us.com
MES@KCIC.com

**Nation Ford Chemical Company ("Nation Ford")**
Service via email: NationFord@wbd-us.com

**National Foam, Inc. ("National Foam")**
Service via email: NationalFoam_Service_of_Process@gtlaw.com

**PBI Performance Products, Inc. ("PBI")**
Service via certified mail: c/o Corporation Service Company; 251 Little Falls Drive, Wilmington, DE 19808

**Perimeter Solutions LP ("Perimeter")**
Service via email: mthurlow@bakerlaw.com

**Raytheon Technologies Corporation**
Service via certified mail: 1000 Wilson Boulevard in Arlington, Virginia 22209

**Ricochet Manufacturing Company, Inc.**
Service via email: Ricochet-AFFFMDLService@archerlaw.com

**Safety Components Fabric Technologies, Inc.**
Service via email: SCI-AFFFMDLService@grsm.com

**Southern Mills Inc. (d/b/a TenCate Protective Fabrics)**
Service via email: mdlservice@tencatefabrics.com
SMI-Mauldin-MDL@kilpatricktownsend.com

**Stedfast USA Inc.**
Service via email: stedfastservice@hinshawlaw.com

**The Chemours Company ("Chemours")**
Service via email: DBDWERLKOTTE@shb.com
jhackman@shb.com
sdrum@shb.com

**Tyco Fire Products, LP, as successor-in-interest to The Ansul Company ("Tyco")**
Service via certified mail: C T Corporation 301 S. Bedford St. Ste. 1, Madison, WI 53209-4408

**United Technologies Corporation ("United Technologies")**
Service via certified mail: 8 Farm Springs Road, Farmington, Connecticut 06032

**UTC Fire & Security Americas Corporation, Inc. (f/k/a GE Interlogix, Inc.) ("UTC")**
Service via email: KiddeDefendantsAFFF@daypitney.com

**Veridian Limited**
Service via email: sgflynn@foxrothschild.com
ncherry@foxrothschild.com
lrussell@foxrothschild.com
kkolb@foxrothschild.com

**W. L. Gore & Associates, Inc.**
Service via email: WLGore_AFFFMDL_Service@dechert.com

**Witmer Public Safety Group, Inc.**
 Service via email: mkk@swblaw.com
mvg@swblaw.com